IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE JOHNSON,

      Petitioner,                    No. CIV S-09-1217 EFB P

      vs.

BOARD OF PRISON TERMS-PAROLE DIVISION,

      Respondent.                 ORDER

                                      /

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. L.R. 81-190(b); *see also* Rule 2(c)-(d), Fed. R. Governing § 2254 Cases. Petitioner is hereby notified that in order for this court to review his June 30, 2009 amended application, he must refile his petition on the proper form. Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary

information.  *See* L.R. 81-190(e); Rule 2(c), Fed. R. Governing § 2254 Cases.

Additionally, a petitioner seeking a writ of habeas corpus must name as respondent the person having custody over him.  28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases.  This person ordinarily is the warden of the facility where petitioner is confined.  *See Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994).  Petitioner names as respondent the Board of Prison Hearings, Parole Division, which does not appear to currently have custody over petitioner.  Petitioner has not named the proper respondent.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to proceed *in forma pauperis* is granted;

2. The June 30, 2009 amended petition is dismissed with leave to file an amended petition naming the proper respondent within 30 days of the date of this order;

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form.  It must bear the case number assigned to this action and must bear the title "Second Amended Petition";

4. Petitioner is cautioned that failure to file an amended petition pursuant to this order may result in the dismissal of this action; and

5. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

DATED:  November 3, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE