IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE JOHNSON,

      Petitioner,                      No. CIV S-09-1217 MCE EFB P

      vs.

COLLEEN NOLL, Warden, et al.,

      Respondents.                FINDINGS AND RECOMMENDATIONS

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 25, 2010 and February 11, 2010, the postal service returned mail directed to petitioner as "undeliverable, out to court." Also, on February 8, 2010, the postal service returned mail directed to petitioner as "undeliverable, paroled."

      A party appearing without counsel must keep the court and all parties apprised of his current address. L.R. 183(b). If mail directed to such a petitioner is returned by the postal service and petitioner fails to notify the court and opposing parties within 63 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute. *Id*. More than 63 days have passed since the postal service returned the mail and petitioner has not notified the court of his current address.

////

1    Accordingly, it is hereby RECOMMENDED that this action be dismissed.  *See* Fed. R.
2 Civ. P. 41(b); Rule 12, Rules Governing § 2254 Cases; L. R. 110, 183(b).
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: April 13, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2